| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Tatel, David S ' | 2. Court or Organization U.S. Court of Appeals, DC Cir. | 3. Date of Report 05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address Prettyman U.S. Courthouse 333 Constitution Ave., NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Carnegie Foundation for the Advancement of Teaching |
| 2. Director | Historical Society for the District of Columbia Circuit |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 16 A 10: 13 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-Employed (education consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | February-various | New York, NY & Wash., DC | Meetings | Train, meals, local transportation |
| 2. | Stanford University School of Law, Stanford, CA | 3/20 | Stanford, CA | Speech | Hotel |
| 3. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 3/22-3/23 | Stanford, CA | Committee Meetings | Airfare, hotel, rental car, meals, local transportation |
| 4. | New York University School of Law, New York, NY | 4/9 | New York, NY | Moot Court Competition | Train, hotel, local transportation |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 4/12 | Chicago, IL | Search Committee Meeting | Airfare, hotel, meals, local transportation |
| 6. | American Constitution Society for Law & Policy, Washington, D.C. | 5/30-6/1 | Chicago, IL | Speech | Airfare, hotel, meals, local transportation |
| 7. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | May/June/July | Chicago, IL & Wash, DC | Meetings | Airfare, meals, local transportation |
| 8. | The Bar Association of San Francisco, San Francisco, CA | 7/17-18 | San Francisco, CA | Speech | Hotel, local transportation |
| 9. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 7/19-7/20 | Stanford, CA | Committee meetings | Airfare, hotel, rental car, meals, local transportation |
| 10. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 12/17-12/18 | San Francisco, CA | Search interviews | Airfare, rental car, meals, parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chevy Chase Bank- checking acct. | A | Interest | J | T | | | | | |
| 2. Chevy Chase Bank- CD | A | Interest | | | Matured | 12/31 | J | A | |
| 3. ING Bank-savings acct● | A | Interest | M | T | | | | | |
| 4. ING Bank- CD | A | Interest | J | T | | | | | |
| 5. SEI Daily Income Prime Obligation Cl. B | C | Dividend | | | Sold | 8/31 | L | A | |
| 6. Maryland St Dept Transn Cons Transn Rev dtd 9/15/94 5% | B | Interest | K | T | | | | | |
| 7. Starbucks Corp. | | None | K | T | | | | | |
| 8. Standard & Poors Midcap 400 | B | Dividend | L | T | | | | | |
| 9. Federal Realty Investment Trust | B | Dividend | K | T | Partial Sale | 1/31 | J | D | |
| 10. Avalonbay Communities | B | Dividend | K | T | Partial Sale | 3/6 | K | E | |
| 11. St. Joe Company | A | Dividend | | | Partial Sale | 3/6 | J | D | |
| 12. See Item 11 | | | | | Sold | 10/4 | J | B | |
| 13. Archstone-Smith Trust | A | Dividend | | | Partial Sale | 3/6 | K | E | |
| 14. See Item 13 | | | | | Sold | 6/11 | L | E | |
| 15. Harford Cnty MD 4.25% 1/15/09 | A | Interest | K | T | | | | | |
| 16. American Century Global Gold Fund | A | Dividend | K | T | | | | | |
| 17. See Item 16 | | | | | Addl. Purch. | 6/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. See Item 16 | | | | | Addl. Purch. | 12/31 | J | | |
| 19. ISHARES Russell 2000 | A | Dividend | K | T | | | | | |
| 20. ISHARES S&P Europe 350 | B | Dividend | L | T | | | | | |
| 21. ISHARES MSCI Spain | | None | | | Sold | 10/19 | L | E | |
| 22. T. Rowe Price New Asia Fund | D | Dividend | L | T | | | | | |
| 23. See Item 22 | | | | | Addl. Purch. | 12/19 | J | | |
| 24. Morgan Stanley MTN Var-Cpn due 2/01/11 | B | Interest | K | T | | | | | |
| 25. Nexen Inc. | A | Dividend | L | T | | | | | |
| 26. Suncor Energy Inc. | A | Dividend | L | T | | | | | |
| 27. Eincana Corp. | A | Dividend | K | T | | | | | |
| 28. iShares MSCI Germany | | None | | | Sold | 1/3 | K | C | |
| 29. FHLB 5.125% due 6/18/08 | C | Interest | L | T | | | | | |
| 30. U.S. Treasury Bill due 4/26/07 | B | Interest | | | Matured | 4/26 | L | A | |
| 31. SEI Daily Income TR Treas Port CL B | B | Dividend | L | T | Purchased | 8/31 | L | | |
| 32. Canadian Oil Sands Trust | A | Dividend | K | T | Purchased | 10/10 | J | | |
| 33. U.S. Treasury Bill 1/10/08 | | None | L | T | Purchased | 7/17 | L | | |
| 34. Simplified Employee Pension Plan (SEP-IRA) | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Adams Express Co. | | | | | | | | | |
| 36. --SEI Daily Income Prime Obl Cl B | | | | | Sold | 8/31 | J | A | |
| 37. --St. Joe Company | | | | | Sold | 10/24 | J | A | |
| 38. --ISHARES MSCI Spain | | | | | Sold | 1/10 | J | D | |
| 39. --Canadian Oil Sands Trust | | | | | Partial Sale | 2/6 | J | B | |
| 40. --Petroleum & RES Corp. | | | | | | | | | |
| 41. --Templeton Dragon Fd Inc. | | | | | Sold | 5/15 | J | C | |
| 42. --Dodge & Cox International Stock Fund | | | | | | | | | |
| 43. --Westernbank PR CD 5.1% due 5/3/07 | | | | | Matured | 5/3 | K | A | |
| 44. --SEI Daily Income TR Treas Port CL B | | | | | Purchased | 8/31 | J | | |
| 45. --Mercantile Bk MI CD 5.05% due 1/4/08 | | | | | Purchased | 1/4 | J | | |
| 46. --Third Ave Value Fund | | | | | Purchased | 5/11 | K | | |
| 47. --Firstbank PR CD 5.2% due 2/8/08 | | | | | Purchased | 2/1 | J | | |
| 48. --Midfirst OK City 5.05% due 5/23/08 | | | | | Purchased | 5/23 | K | | |
| 49. Individual Retirement Account | F | Int./Div. | P1 | T | | | | | |
| 50. --SEI Daily Income Prime Obl Cl B | | | | | Sold | 8/31 | K | A | |
| 51. --Avalonbay Communities Inc. | | | | | Sold | 2/6 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Royce Value Trust, Inc. | | | | | Sold | 12/18 | L | E | |
| 53. --Adams Express Co. | | | | | | | | | |
| 54. --Standard & Poors Midcap 400 | | | | | Sold | 12/18 | L | E | |
| 55. --Cohen & Steers Total Return Realty Fund, Inc. | | | | | Sold | 2/5 | K | D | |
| 56. --Franklin Capital Growth Fund | | | | | Sold | 12/14 | K | B | |
| 57. --Franklin Equity Income Fund | | | | | Sold | 12/14 | K | C | |
| 58. --Ishares MSCI Canada Index Fund, Inc. | | | | | | | | | |
| 59. --T. Rowe Price Growth & Income Fund, Inc. | | | | | Sold | 12/14 | L | A | |
| 60. --T. Rowe Price Equity Income Fund, Inc. | | | | | | | | | |
| 61. --T. Rowe Price International Stock Fund | | | | | | | | | |
| 62. --Third Avenue Value Fund, Inc. | | | | | | | | | |
| 63. --St. Joe Co. | | | | | Partial Sale | 2/5 | K | D | |
| 64. See Item 63 | | | | | Sold | 10/24 | J | A | |
| 65. --American Century Global Gold Fund | | | | | | | | | |
| 66. --See Item 65 | | | | | Addl. Purch. | 6/13 | J | | |
| 67. --See Item 65 | | | | | Addl. Purch. | 12/31 | J | | |
| 68. --FHLMC MTN 4.5% due 11/15/09 | | | | | Called | 9/25 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  --Morgan Stanley MTN Var-Cpn 2/1/11 | | | | | | | | | |
| 70.  --Weingarten Realty Investors Fund | | | | | | | | | |
| 71.  --CISCO Systems, Inc. | | | | | | | | | |
| 72.  --Prologis | | | | | | | | | |
| 73.  --Sanofi-Aventis ADR | | | | | Sold | 6/19 | K | A | |
| 74.  --Syngenta AG ADR | | | | | | | | | |
| 75.  --Veolia Environment ADR | | | | | | | | | |
| 76.  --Petroleum & RES Corp. | | | | | | | | | |
| 77.  --Templeton Dragon Fd Inc. | | | | | | | | | |
| 78.  --FNMA 5% due 1/15/07 | | | | | Matured | 1/16 | M | A | |
| 79.  --U.S. Treasury Note 4.25% due 11/30/07 | | | | | Matured | 11/30 | M | A | |
| 80.  --Encana Corp. | | | | | | | | | |
| 81.  --iShares MSCI EAFE Index Fund | | | | | | | | | |
| 82.  --FHLB 5.125% due 6/18/08 | | | | | | | | | |
| 83.  --Washington Mutual Bank CD 4.8% due 3/1/07 | | | | | Matured | 3/1 | L | A | |
| 84.  --First Federal Bank CD 5.1% due 5/16/07 | | | | | Matured | 5/16 | K | A | |
| 85.  --First Reliance Bank CD 5.45% due 7/6/07 | | | | | Matured | 7/6 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --Spiritbank NA CD 5.15% due 9/7/07 | | | | | Matured | 9/7 | L | A | |
| 87. --Morgan Stanley Bank CD 5.1% due 11/8/07 | | | | | Matured | 11/8 | M | A | |
| 88. --ETFS Agriculture DJ-Aigcism | | | | | Purchased | 1/2 | K | | |
| 89. --SEI Daily Income TR Treas Port CL B | | | | | Purchased | 8/31 | M | | |
| 90. --American Int'l Group, Inc. | | | | | Purchased | 7/24 | K | | |
| 91. --Constellation Brands, Inc. | | | | | Purchased | 3/9 | J | | |
| 92. --Eli Lilly & Co. | | | | | Purchased | 12/21 | K | | |
| 93. --Diageo PLC ADR | | | | | Purchased | 3/9 | K | | |
| 94. --Firstbank PR CD 5.2% due 2/8/08 | | | | | Purchased | 2/1 | M | | |
| 95. --Midfirst OK City CD 5.05% due 5/23/08 | | | | | Purchased | 5/23 | L | | |
| 96. --Central Bk MN CD 4.6% due 6/12/08 | | | | | Purchased | 12/5 | M | | |
| 97. --Discover Bk DE CD 5.25% due 8/7/08 | | | | | Purchased | 2/7 | M | | |
| 98. --Capmark Bank CD 5.15% due 9/5/08 | | | | | Purchased | 9/5 | M | | |
| 99. --Haven Trust Bk CD 5% due 9/19/08 | | | | | Purchased | 9/19 | L | | |
| 100. --Lehman Coml Bk UT CD 4.8% due 10/17/08 | | | | | Purchased | 10/17 | L | | |
| 101. --Wright Express CD 4.7% due 11/14/08 | | | | | Purchased | 11/16 | M | | |
| 102. --First Merit Bk OH CD 5.25% due 7/10/09 | | | | | Purchased | 7/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated. | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   --GE Money Bk CD 5.1% due 8/28/07 | | | | | Purchased | 3/1 | M | | |
| 104.   -See Item 103 | | | | | Matured | 8/28 | M | A | |
| 105.   Life Insurance- Massachusetts Mutual Life Insurance | | None | M | T | | | | | |
| 106.   Rental property, Rappahannock County, VA (8/2/96 $86,600) | C | Rent | L | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 05/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544